UNITED STATES FIRE INSURANCE COMPANY OF NEW YORK v. MARGARET L. BENDER, by her next friend, O. F. Bender.

164 So. 927.

Opinion Filed November 19, 1935.

Rehearing Denied December 11, 1935.

*Mabry, Reaves, Carlton & White,* for Appellant;

*Bucklew* and *Allison,* for Appellee.

PER CURIAM.—The decree in this case is affirmed upon the authority of Phenix Insurance Company v. Hillard, 59 Fla. 590, 52 So. 799; Taylor v. Glenn Falls Insurance Company, 44 Fla. 273, 32 So. 887, and Orient Insurance Company v. Peacock, *et al.,* 115 Fla. 525, 155 So. 724.

WHITFIELD, C. J., and ELLIS, TERRELL, BROWN, BUFORD and DAVIS, J. J., concur.